UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN COOPER,<br><br>        Defendant | Criminal No.   21-cr-30029-MGM<br><br>Violations:<br><br>Counts One through Four: Distribution of Child Pornography<br>(18 U.S.C. § 2252A(a)(2)(A))<br><br>Counts Five through Ten: Receipt of Child Pornography<br>(18 U.S.C. § 2252A(a)(2)(A))<br><br>Count Eleven: Possession of Child Pornography<br>(18 U.S.C. § 2252A(a)(5)(B))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 2253) |

INDICTMENT

COUNTS ONE THROUGH FOUR
Distribution of Child Pornography
(18 U.S.C. § 2252A(a)(2)(A))

The Grand Jury charges:

On or about each of the dates set forth below, in the District of Massachusetts, and elsewhere, the defendant,

BRIAN COOPER,

knowingly distributed and attempted to distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, as follows.

1

| Count | Date (on or about) | File involved in Distribution of Child Pornography |
|-------|--------------------|-----------------------------------------------------|
| 1 | 7/21/19 | Image file number ending in 4064 |
| 2 | 7/21/19 | Image file number ending in 0400 |
| 3 | 7/21/19 | Image file number ending in 3360 |
| 4 | 7/21/19 | Image file number ending in 1490 |

All in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

<u>COUNTS FIVE THROUGH TEN</u>
Receipt of Child Pornography
(18 U.S.C. §§ 2252A(a)(2)(A))

The Grand Jury further charges:

On or about each of the dates set forth below, in the District of Massachusetts, and elsewhere, the defendant,

BRIAN COOPER,

knowingly received and attempted to receive any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

| Count | Date (on or about) | File involved in Receipt of Child Pornography |
|-------|--------------------|-----------------------------------------------|
| 5 | 4/18/18 | Image file number ending in 4768 |
| 6 | 5/31/18 | Image file number ending in 5072 |
| 7 | 5/31/18 | Image file number ending in 9088 |
| 8 | 6/4/18 | Image file number ending in 1312 |
| 9 | 8/8/18 | Image file number ending in 5776 |
| 10 | 7/21/19 | Image file number ending in 6240 |

All in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

3

COUNT ELEVEN
Possession of Child Pornography
(18 U.S.C. § 2252A(a)(5)(B))

The Grand Jury further charges:

On or about October 9, 2019, in the District of Massachusetts, and elsewhere, the defendant,

BRIAN COOPER,

knowingly possessed material that contained one and more images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

FORFEITURE ALLEGATION
(18 U.S.C. § 2253)

The Grand Jury further finds:

1.    Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 2252A(a)(2), 2252A(a)(5)(B), set forth in Counts One through Eleven, the defendant,

BRIAN COOPER,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253, (i) any visual depiction described in sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s); and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property.   The property to be forfeited includes, but is not limited to, the following:

  a.   One Amazon Fire Tablet (Model SV98LN);

  b.   One 32GB SanDisk Cruzer Glide thumb drive;

  c.   One 16GB SanDisk Cruzer Glide thumb drive;

  d.   One 32GB SanDisk Cruzer Glide thumb drive;

  e.   One 32GB SanDisk Ultra thumb drive;

  f.   One 32GB PNY USB thumb drive;

  g.   One 8GB SanDisk Cruzer Facet (Blue) thumb drive;

5

h. One 4GB SanDisk Cruzer thumb drive;

i. One 16GB PNY thumb drive;

j. One 8GB SanDisk; and

k. One 32GB SanDisk Ultra.

2.    If any of the property described in Paragraph 1, above, as being forfeitable

pursuant to Title 18, United States Code, Section 2253, as a result of any act or omission of the

defendant --

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without
difficulty;

it is the intention of the United States of America, pursuant to Title 18, United States Code,

Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of

any other property of the defendant up to the value of the property described in Paragraph 1

above.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL

_____
FOREPERSON

_____
ALEX J. GRANT
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: APRIL  15  , 2021 at 12:38 p.m.
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

7